IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STANLEY JAMES CARTER                                                                    PLAINTIFF

v.                              NO. 5:16-cv-00273 JM/PSH

MICHAEL H. RICHARDSON, RANDY WATSON,                              DEFENDANTS
JEREMY ANDREWS, MEREDITH MCCONNELL,
WENDY KELLEY, MARK WARNER, GAYLON LAY,
and VALERIE WESTBROOK

## ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, <u>de novo</u> review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The defendants' motion to dismiss is denied. <u>See</u> Document 13.

IT IS SO ORDERED this 16th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE