# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

STANLEY JAMES CARTER                          PLAINTIFF

v.     NO. 5:16-cv-00273 JM

MICHAEL H. RICHARDSON, RANDY WATSON,           DEFENDANTS
JEREMY ANDREWS, MEREDITH MCCONNELL,
WENDY KELLEY, MARK WARNER, GAYLON LAY,
and VALERIE WESTBROOK

## ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris.[1] After a careful review of the findings and recommendation, the timely objections received thereto, and a <u>de novo</u> review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The defendants' motion for summary judgment is granted. (Docket No. 21). The complaint filed by plaintiff Stanley James Carter is dismissed without prejudice, and judgment will be entered for all of the defendants. The Court certifies that an <u>in forma pauperis</u> appeal taken from the order and judgment dismissing the action is considered frivolous and not in good faith.

IT IS SO ORDERED this 25th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE

---

[1] To clarify for Plaintiff, his statement in his objection that "[n]ow Defendants return with a new magistrate judge" to rule on their motion for summary judgment is incorrect; Magistrate Judge Harris is the only magistrate who has been assigned to this case.